■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDOR FULCHER, Appellant. [925 NYS2d 889]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered November 21, 2007, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The appellant's remaining contentions are without merit (*see People v Clay*, — AD3d —, 2011 NY Slip Op 05729 [2011] [decided herewith]). Skelos, J.P., Dickerson, Eng and Lott, JJ., concur.